No. ——. Original. *Ex parte:* IN THE MATTER OF ALBERT PAUL FRICKE, PETITIONER. Submitted January 22, 1919. Decided January 27, 1919. Motion for leave to file petition for a writ of mandamus herein denied. *Mr. Thomas J. O'Neill* for petitioner.